EXHIBIT 3

From: Derrick T Simmons <dsimmons1911@hotmail.com>
Sent: Tuesday, August 22, 2023 11:42 AM
To: Rose; Derrick
Subject: Print out in color

# Little Bit More Country

★ 4.50 · **8 reviews** · 🎖 Superhost

Memphis, Tennessee, United States

## Entire guest suite hosted by Pamela

9 guests · 3 bedrooms · 4 beds 2 baths



### Self check-in
Check yourself in with the smartlock.

### Pamela is a Superhost
Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests

1.

# Little Bit More Country

★ 4.50 · 8 reviews · 🏆 Superhost
Memphis, Tennessee, United States

---

## Entire guest suite hosted by Pamela
9 guests · 3 bedrooms · 4 beds · 2 baths



---

🚪 **Self check-in**
Check yourself in with the smartlock.

🏆 **Pamela is a Superhost**
Superhosts are experienced, highly rated hosts who are committed to providing great stays for guests.

---

Forget your worries in this spacious and serene space! You will have access to the DOWNSTAIRS FLOOR ONLY of this beautiful home, nestled in the outskirts of the country. Whether you want to catch some rays by the

---

**$567** night
★ 4.50

[ Check availability ]




**THE POOL IS A SHARED SPACE.**
You might be sharing the pool with guests in the upstairs suite.








## WE ASK THAT YOU RESPECT THE FOLLOWING RULES

- No smoking or vaping anywhere on the property
- We don't allow pets or parties.
- We don't book to locals.
- Only registered guests can stay in the booked space and use the pool.
- Security cameras on the exterior of the house are in use at all times.

IF YOU DON'T FEEL COMFORTABLE WITH THIS, WE ARE HAPPY TO FIND YOU OTHER ACCOMODATIONS.

airbnb





1 / 29

# Little Bit More Country

★ 4.50 · **8 reviews** · 🏅 Superhost

Memphis, Tennessee, United States

---

### Entire guest suite hosted by Pamela

9 guests · 3 bedrooms · 4 beds · 2 baths



---

🚪 **Self check-in**
Check yourself in with the smartlock.

🏅 **Pamela is a Superhost**
Superhosts are experienced, highly rated hosts

---

**$567** night
★ 4.50

**Check availability**