**Shawn** 10:33 AM



Sent: Tuesday, September 20, 2022 11:19 PM
To: Teresa Mackey <tjmackey@holmes.cc.edu>
Subject: nice bag

I love your bag, where'd you get it?



**Shawn** 11:21 AM

I have reviewed Airbnb's nondiscrimination policies and your privacy policy. I have attached correspondence to show a pattern where the host has consistently violated the terms, agreements and policies set forth by Airbnb. In so doing Pamela (the host) has continued to discriminate against me, present hostile behavior and attempt to extort money from me by emailing a picture to



**EXHIBIT**
**4**